# In the United States Court of Federal Claims

No. 15-1492

Filed: December 16, 2015

```
*****************************************
                                        *
                                        *
VETERANS HEALTHCARE SUPPLY              *
SOLUTIONS, INC.,                        *
                                        *
         Plaintiff,                     *
                                        *
v.                                      *
                                        *
THE UNITED STATES,                      *
                                        *
         Defendant.                     *
                                        *
                                        *
                                        *
                                        *
*****************************************
```

## ORDER

On December 15, 2015, the Plaintiff filed a Notice Of Voluntary Dismissal Without Prejudice. Pursuant to the December 15, 2015 Notice, the case is dismissed.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**